UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIANA COLON-PENA

    Plaintiff,

v.                                     CASE NO.:   8:19-cv-00734-VMC-AEP

TARGET CORPORATION

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** ELIANA COLON-PENA, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, ELIANA COLON-PENA, and Defendant, TARGET CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on July 17, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                       Respectfully submitted,

                                       */s/Heather H. Jones*
                                       Heather H. Jones, Esq.
                                       Florida Bar No. 0118974
                                       William "Billy" Peerce Howard, Esq.
                                       Florida Bar No. 0103330
                                       THE CONSUMER PROTECTION FIRM, PLLC
                                       4030 Henderson Blvd.
                                       Tampa, FL   33629
                                       Telephone: (813) 500-1500, ext. 205
                                       Facsimile: (813) 435-2369
                                       Heather@TheConsumerProtectionFirm.com
                                       Billy@TheConsumerProtectionFirm.com
                                       *Attorney for Plaintiff*