UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIANA COLON-PENA,

    Plaintiff,

v.                                                                                    CASE NO.: 8:19:cv-00734-VMC-AEP

TARGET CORPORATION

    Defendant.
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, ELIANA COLON-PENA, and the Defendant, TARGET CORPORATION pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:
*/s/ Heather H. Jones*
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
*Attorney for Plaintiff*

*/s/  Brian Melendez*
Brian Melendez, Esq.
Florida Bar No.: 0103559
BARNES & THORNBURG LLP
225 South Sixth Street, Suite 2800
Minneapolis, MN  55402
Telephone: (612) 367-8734
Facsimile: (612) 333-6798
Email:  brian.melendez@btlaw.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on August 21, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                    */s/ Heather H. Jones*
                                    Heather H. Jones, Esq.
                                    Florida Bar No. 0118974
                                    William "Billy" Peerce Howard, Esq.
                                    Florida Bar No. 0103330
                                    THE CONSUMER PROTECTION FIRM, PLLC
                                    4030 Henderson Blvd.
                                    Tampa, FL 33629
                                    Telephone: (813) 500-1500, ext. 205
                                    Facsimile: (813) 435-2369
                                    Heather@TheConsumerProtectionFirm.com
                                    Billy@TheConsumerProtectionFirm.com
                                    *Attorney for Plaintiff*